# UNITED STATES DISTRICT COURT **FILED**

for the

Eastern District of Missouri

**JAN 1 0 2018**

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*      )      Case No. 4:18 MJ 5013 NAB
                                                   )
**Target Location 1 – 2013 Geyer 2nd Floor, St. Louis, MO**    )
**63104. Target location 1** is the second floor apartment of a    )
two-story, two-family residence primarily constructed of red    )
brick and having front porch made of wood, brick and concrete.    )
This residence is located on the south side of Geyer Avenue The    )
door to **target location 1** faces south and is the western door.    )
The front door for **target location 1** is grey in color and has a    )
storm door with a glass insert in front of it. The numeric "2013"    )
is inscribed above the front door.                    )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ EASTERN _____ District of _____ MISSOURI _____ *(identify the person or describe the property to be searched and give its location)*:

**Target Location 1 – 2013 Geyer 2nd Floor, St. Louis, MO 63104, more fully described above.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

see attached LIST.

**YOU ARE COMMANDED** to execute this warrant on or before January 23, 2018 _____ *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Nannette A. Baker _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and Time issued:  1/10/18 at 16:28 _____
                                        *Judge's signature*

City and State:  _____ St. Louis, MO _____    _____ Honorable Nannette A. Baker, U.S. Magistrate Judge _____
                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:18 MJ 5013 NAB | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## "List"

1. Controlled Substances;

2. Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies and spoons; and

3. Books, records, receipts, notes, ledgers, computer hard-drives and disk records, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms;

4. Telephone bills, invoices, packaging, cellular batteries and/or charging devices, cancelled checks or receipts for telephone purchase/service; cellular and/or landline telephones; digital and/or alphanumeric text (two-way) pagers; computers capable of e-mail and/or chat-room communication, answering machines; address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of sources of supply, of customers, and/or evidencing association with persons known to traffic in controlled substances or to facilitate such trafficking.

5. Photographs, in particular photographs of co-conspirators, of assets, and/or of controlled substances.

6. United States Currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of controlled substances or which are proceeds from the distribution of controlled substances;

7. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

8. Papers, tickets, notes, schedules, receipts and other items relating to travel, including, but not limited to, travel to and from St. Louis, Missouri and elsewhere

9. Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys;

10. Firearms and/or weapons.